

THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT**

| | | |
|---|---|---|
| In re: | * | |
| Victor Allan Kennedy | * | Case No.  18-20662-LSS |
| | * | |
| Debtor | * | (Chapter 13) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE RE: BDRP CONFERENCE

1. Pursuant to an Order of Assignment by this Court to the Bankruptcy Dispute Resolution Program dated June 8, 2021, I conducted a BDRP Conference on June 29, 2021.

2. The following parties and counsel participated: Rebecca A. Herr, as chapter 13 trustee, and her counsel Brian Tucci, the debtor, Dr. Victor Allan Kennedy, and his counsel M. Christina Hamilton and Alan D. Eisler of Eisler Hamilton, LLC, and William Hymes, as representative of Loncar and Associates, P.C., and counsel Jeffrey M. Orenstein of Wolff & Orenstein, LLC.

3. A settlement of all disputes was reached. The parties have executed a settlement agreement.

Dated: July 23, 2021

Hon. Thomas J. Catliota
Resolution Advocate